IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY BRILL,                        )
                                      )
        Plaintiff,            )      15-CV-68
                                      )
v.                                    )
                                      )      Magistrate Judge Crocker
TOYOTA MOTOR CREDIT CORPORATION,      )
                                      )
        Defendant.            )

## MOTION TO DISMISS

Plaintiff moves to dismiss this case because of a settlement and proposes the below order as the terms and conditions of such dismissal.

Dated this 3rd day of May, 2015.

                                        Respectfully submitted,

                                        __/s/_____
                                        Joel Winnig
                                        Attorney for Plaintiff
                                        Wisconsin Bar No. 1018627
                                        455 South Junction Road, Suite 200
                                        Madison, WI  53719
                                        (608) 829-2888

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

      Pursuant to settlement, this case is dismissed *without* prejudice, and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of

this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

The Preliminary Pretrial Conference scheduled for May 20, 2015 is cancelled.

By the Court:

/s/ Stephen L. Crocker

Honorable Stephen L. Crocker
United States Magistrate Judge

Dated: 5-12-15